No. 692   July 30, 2025   333

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

ROBIN LEE KNUTSON,
*Petitioner-Appellant,*

*v.*

STATE OF OREGON,
*Defendant-Respondent.*

Marion County Circuit Court
23CV14904; A185620

Jodie A. Bureta, Judge.

Submitted June 13, 2025.

Corbin Brooks and Equal Justice Law filed the brief for appellant.

Ryan Kahn, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

Petitioner appeals a judgment denying post-conviction relief. Appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

In October 2000, petitioner was convicted of two counts of attempted aggravated murder and one count of supplying contraband and was sentenced to a total of 300 months in prison. Petitioner appealed the judgment of conviction, and we affirmed without opinion. *State v. Knutson*, 185 Or App 163, 58 P 3d 853 (2002).

Thereafter, in 2004, petitioner timely filed a petition for post-conviction relief. The post-conviction court denied that petition, petitioner appealed, and we affirmed without opinion. *Knutson v. Belleque*, 218 Or App 375, 180 P 3d 185 (2008).

Many years later, in April 2023, petitioner initiated a second post-conviction relief proceeding that is the subject of the instant appeal and was appointed counsel. The state moved for summary judgment on the grounds that petitioner's claims were barred by the statute of limitations, ORS 138.510(3), and because his claims could have been raised in his first post-conviction relief proceeding, ORS 138.550(3). Petitioner did not file a written response to the state's motion and, at a subsequent hearing, acknowledged, through counsel, that he did not have legal arguments against the motion for summary judgment. The post-conviction court granted the motion and entered a judgment denying relief. This appeal followed.

Having reviewed the record, including the post-conviction court file and the transcript of the hearing, and having reviewed the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.